**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica R. Emery, | CIV-04-2992 PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| John E. Potter, Postmaster General, United States Postal Service, | |
| Defendant. | |

Pending before the Court is Defendant's Motion to Quash the Deposition of Martin Sanchez (Doc. #98). Defendant objects to the deposition because Plaintiff has not sought leave from the Court to take the deposition as required by Fed. R. Civ. Pro. 31(a)(2). Rule 31(a)(2) requires a party to obtain leave of court if it wants to take more than ten depositions on written questions. Plaintiff has taken twelve such depositions to date without obtaining leave from the Court.

The Court will grant the motion to quash for failure to obtain leave to take the thirteenth deposition. But, more importantly, the Court will grant the motion to quash because discovery in this case closed on January 27, 2007. In fact, the Defendant has filed a motion for summary judgment. The parties may have agreed to take certain depositions after the deadline for discovery, but the Court has never extended the discovery deadline.

///

///

///

Accordingly,

IT IS ORDERED GRANTING Defendant's Motion to Quash the Deposition of Martin Sanchez (Doc. #98).

DATED this 7th day of March, 2007.

James A. Teilborg
United States District Judge